**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 14-7464**

———————

ENRIQUE GOMEZ,

        Petitioner - Appellant,

    v.

RUSSELL A. PERDUE, Warden of FCI Gilmer,

        Respondent – Appellee,

    and

ERIC HOLDER, U.S. Attorney General; DIRECTOR OF HOMELAND
SECURITY; DIRECTOR OF BUREAU OF PRISONS; UNKNOWN U.S.D.O.J.
OFFICIALS,

        Respondents.

———————

Appeal from the United States District Court for the Northern
District of West Virginia, at Elkins.  John Preston Bailey,
Chief District Judge.  (2:14-cv-00019-JPB-JSK)

———————

Submitted: December 16, 2014    Decided: December 19, 2014

———————

Before DUNCAN and DIAZ, Circuit Judges, and DAVIS, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Enrique Gomez-Rodriguez, Appellant Pro Se.  Helen Campbell
Altmeyer, Assistant United States Attorney, Wheeling, West

Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Enrique Gomez, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. Gomez v. Perdue, No. 2:14-cv-00019-JPB-JSK (N.D.W. Va. Sept. 23, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED